**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS CASE NO. **3:03cr5/LAC**
3:04cv467/LAC/MD

GLORIA M. BISKE

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the defendant take nothing and that the motion to vacate, set aside or correct sentence is DENIED.

WILLIAM M. McCOOL, CLERK OF COURT

March 21, 2005
DATE

/s/ C. Justice
Deputy Clerk

Entered On Docket: ______________________ By: ____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to:________________________________

Document No.